CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: _____

COUNTY: Hinds _____

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # 3:24cr103DPJ-LGI
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED:  X  YES ___ NO

NAME/ALIAS: Chokwe Antar Lumumba

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 23 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA  Charles W. Kirkham   BAR # 102022

INTERPRETER: ___ NO ___ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**  ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 5   ___ PETTY   ___ MISDEMEANOR   5 FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  18:371.F | 18 U.S.C § 371 | Conspiracy | 1 |
| Set 2  18:666B.F | 18 U.S.C § 666(a)(1)(B) | Federal Program Bribery | 5 |
| Set 3  18:1952-7420.F | 18 U.S.C § 1952(a)(3) | Use of an Interstate Facility in Aid of Racketeering - Travel Act | 7 |
| Set 4  18:1343.F | 18 U.S.C §§ 1343, 1346 | Honest Services Wire Fraud | 9 |
| Set 5  18:1956-7100.F | 18 U.S.C § 1956(a)(1)(B)(i) | Money Laundering | 10 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |

SIGNATURE OF AUSA: *Charles W. Kirkham*     Revised 10/25/2021