# State Bar of Michigan

## Certificate of Good Standing

This certifies that Jeffrey L. Edison, P25912 of Detroit, Michigan is an active member of the State Bar of Michigan in good standing.

Jeffrey L. Edison was admitted to practice in Michigan on May 06, 1976 in Wayne County and became a member of the State Bar of Michigan on May 06, 1976.



Peter W. Cunningham, Executive Director
November 12, 2024

