# STATE BAR OF MICHIGAN
## CERTIFICATE OF GOOD STANDING

This certifies that Gerald K. Evelyn, P29182 of Detroit, Michigan is an active member of the State Bar of Michigan in good standing.

Gerald K. Evelyn was admitted to practice in Michigan on November 08, 1978 in Wayne County and became a member of the State Bar of Michigan on November 08, 1978.



Peter W. Cunningham, Executive Director
November 12, 2024

## SBM Certificate of good standing

From: Anne Smith (asmith@michbar.org)
To: geraldevelyn@yahoo.com
Date: Tuesday, November 12, 2024 at 10:18 AM EST

Good afternoon,

Attached is a watermarked password protected PDF copy of the Certificate of Good Standing you ordered from the State Bar of Michigan. If an original certificate has been requested, it will be shipped via the U.S. Postal Services. Most mailed certificates are delivered in 3-7 business days but can take longer if the USPS is experiencing delays.

Please note: The State Bar of Michigan redesigned its Certificates of Good Standing in August 2023. The PDF version offers increased accessibility suitable for most uses. A version with additional graphic descriptions for screen readers is available upon request.

If you need additional assistance, please contact the State Bar of Michigan's Lawyer Services at (888) 726-3678 or SBMforU@michbar.org.



**ANNE SMITH**
Lawyer Services Specialist, State Bar of Michigan

P (517) 346-6374 • asmith@michbar.org
306 Townsend St., Lansing, MI 48933

+----------------------------------------------+ E-mail Notice: If you think you received this e-mail by mistake, please do not use it in any way. It may contain confidential or legally protected information. Please delete the e-mail, destroy any copies, and immediately notify us by reply e-mail or by phone (800-968-1442). E-mail Warning : This e-mail was swept for computer viruses, but we cannot guarantee that it is virus-free or accept responsibility if it is contaminated. +------------------michbar.org------------------+



evelyn G.pdf
1.2MB