AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:24-cr-00103-DPJ-LGI |
| Jody E. Owens, II, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Chokwe Antar Lumumbba.

Date:  11/20/2024

s/Winston J. Thompson, III
*Attorney's signature*

Winston J. Thompson, III - MSB100157
*Printed name and bar number*

625 North State Street
Suite 103
Jackson, MS  39202
*Address*

winston@thompsonstam.com
*E-mail address*

(601) 506-6222
*Telephone number*

*FAX number*