IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V                                                                    CRIMINAL NO.: 3:24-cr-103-DPJ-LGI

JODY E. OWENS II,
CHOKWE ANTAR LUMUMBA, and
AARON B. BANKS

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW, Attorney Winston J. Thompson, III, and files this his Motion to Withdraw as Counsel for Chokwe Antar Lumumba in the above-styled and numbered cause, and in support hereof would state unto this Honorable Court the following, to wit:

1. Attorney Winston J. Thompson, III recently filed a Notice of Appearance to represent Chokwe Antar Lumumba.

2. Since that time, Attorney Thompson and Defendant Chokwe Antar Lumumba have agreed to discontinue their attorney-client relationship.

3. Defendant Lumumba has no objection to counsel withdrawing and consents to this Motion to Withdraw as Counsel as so indicated by his signature below.

4. Defendant Lumumba remains represented by other counsel.

5. Attorney Thompson maintains that the defense of this cause will not be disrupted by this Motion to Withdraw as Counsel.

WHEREFORE, Attorney Winston J. Thompson, III, respectfully requests that this Court grant the Motion to Withdraw as Counsel and relieve Winston J. Thompson, III from further representation of Chokwe Antar Lumumba in this matter.

THIS the _3rd_ day of February, 2025.

AGREED:

_____
CHOKWE ANTAR LUMUMBA,
DEFENDANT

                                            Respectfully submitted,

                                            s/Winston J. Thompson, III.
                                            Winston. J. Thompson, III, MSB100157
                                            THOMPSON STAM PLLC
                                            625 North State Street, Suite 103
                                            Jackson, MS. 39202
                                            (601) 506-6222
                                            winston@thompsonstam.com

## CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE I hereby certify that this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to all ECF participant(s) of this record.

THIS the 3rd day of February, 2025.

Respectfully submitted,

s/Winston J. Thompson, III.
Winston. J. Thompson, III, MSB100157
THOMPSON STAM PLLC
625 North State Street, Suite 103
Jackson, MS. 39202
(601) 506-6222
winston@thompsonstam.com

## CERTIFICATE OF CONFERENCE

Attorney Winston J. Thompson, III has conferred with counsel for the United States and they have no opposition to this motion.

s/Winston J. Thompson, III.
WINSTON J. THOMPSON, III
