IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO.:   3:24-cr-00103-DPJ-LGI

JODY E. OWENS II,
CHOKWE ANTAR LUMUMBA, and
AARON B. BANKS

## NOTICE OF APPEARANCE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that the undersigned hereby enters his appearance as counsel for the United States of America:

**DAVID H. FULCHER**
Assistant United States Attorney
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
dave.fulcher@usdoj.gov
Telephone No.: (601) 973-2824
Mississippi Bar No.: 10179

Service of all pleadings, papers, and documents required to be served on the United States in this action should also be served on the above-named appearing counsel.

Dated:   July 31, 2025                     Respectfully submitted,

                                           PATRICK A. LEMON
                                           Acting United States Attorney

                                    By:    /s/ David H. Fulcher
                                           DAVID H. FULCHER
                                           Assistant United States Attorney
                                           501 East Court Street, Suite 4.430
                                           Jackson, Mississippi 39201
                                           Telephone No.: (601) 973-2824
                                           Mississippi Bar No.: 10179

**CERTIFICATE OF SERVICE**

     I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the ECF system to all ECF participant(s) of this record.

Dated:   July 31, 2025

                                            /s/ *David H. Fulcher*
                                            DAVID H. FULCHER
                                            Assistant United States Attorney