# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

UNITED STATES OF AMERICA                    Case No. 3:24-CR-103-DPJ-LGI

v.

JODY E. OWENS II,
CHOKWE ANTAR LUMUMBA, and
AARON B. BANKS

_____/

**CHOKWE ANTAR LUMUMBA'S MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSES TO THE GOVERNMENT'S MOTIONS**

Chokwe Antar Lumumba, through counsel, moves for an extension of time to file responses to the government's motions for the following reasons:

1. On February 27, 2026, the government filed six (6) motions, one of which included, the "Government's Motion for Intradistrict Transfer of Trial or District-Wide Jury Pool . . . " The response in opposition to the motion for an intradistrict transfer of trial necessitates extensive research on the controlling constitutional, statutory, and case law, despite the fact that all of the motions necessitate substantial time to draft a response.

2. Pursuant to U.L.Cr.R. 47 (C), Lumumba has 11 calendar days to respond to the government's motions, *i.e.,* March 10, 2026.

3. The Resident Attorney for Lumumba's defense, Thomas J. Bellinder, is preparing for two (2) felony-murder jury trials. One is scheduled to begin in the week of March 23,

2026, in Yazoo County Circuit Court, and the other on March 30, 2026, in Hinds County Circuit Court.

4. Attorney Gerald K. Evelyn, another member of Lumumba's defense team, is currently litigating a complicated and protracted motion and evidentiary hearing involving an issue of first impression in Michigan's criminal jurisprudence in the 19th District Court, in Dearborn, Michigan.

5. Attorney Jeffrey L. Edison, another member of Lumumba's defense team, is preparing for an assault with intent to commit murder jury trial that is scheduled to begin on March 18, 2026, in Wayne County Circuit Court, in Detroit, Michigan.

6. Furthermore, within this time frame, the Lumumba defense must complete a line-by-line review of the motions and exhibits that have been filed in this case to determine those documents that should remain restricted to the public.

7. As a result, Lumumba's attorneys need more time to prepare a response to the six motions the government filed on February 27, 2026. Counsel requests an additional 30 days to respond to the government's motions, *i.e.,* April 9, 2026.

8. On March 4, 2026, at 11:00 a.m., the undersigned counsel, Thomas J. Bellinder, sent each of the attorneys for the government an email requesting concurrence in this motion. However, none of the attorneys for the government have responded at the time of filing this motion.

9. Lumumba's counsel do not believe this extension of time will impact any other deadlines set by the Court in the Amended Order (ECF No. 59).

                          Respectfully submitted,

                          /s/Thomas J. Bellinder
                          Thomas J. Bellinder, Esq. (MS 103115)
                          BELLINDER LAW FIRM
                          Legacy Downtown Jackson
                          625 N. State St., Suite 101
                          Jackson, MS 39202
                          Phone: (601) 487-9340
                          Email: thomas@bellinderlawfirm.com

                          /s/ Gerald K. Evelyn
                          Gerald K. Evelyn (P29182) *Pro Hac Vice*
                          409 E Jefferson Ave Ste 500
                          Detroit, MI 48226-4300
                          Phone: (313) 962-3500
                          Email:geraldevelyn@yahoo.com

                          /s/ Jeffrey L. Edison
                          Jeffrey L. Edison (P25912) *Pro Hac Vice*
                          3434 Russell Street, Suite 104
                          Detroit, MI 48207
                          Phone: (313) 964-0400
                          Email: jelee@ix.netcom.com

Dated: March 4, 2026

## **CERTIFICATE OF SERVICE**

I certify that on March 4, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record and the Honorable Daniel P. Jordan, III.

/s/Thomas J. Bellinder
Thomas J. Bellinder, Esq.
BELLINDER LAW FIRM