UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V. CRIMINAL NO. 3:24-CR-103-DPJ-LGI

JODY E. OWENS II, ET AL.

ORDER

On October 7, 2026, Defendant Chokwe Antar Lumumba filed a notice [219] memorializing his sealed motion [220] to continue his sentencing hearing. The Court agrees that Mr. Lumumba's interest in sealing the basis for the delay outweighs the public's right to know. The Court also notes that the Government had no objection to the request and that the motion has merit. The Court therefore grants the motion [220].

That said, Mr. Lumumba and counsel must still appear on November 5, 2026, at 9:00 a.m. (out-of-state counsel may appear virtually). At that time, and to avoid inconsistent rulings, the Court will hear all objections, from all Defendants, to the Presentence Investigation Report (PSR). After the Court rules on those objections, it will proceed with allocution and sentencing for Jody Owens followed by Aaron Banks. Allocution and final sentencing for Mr. Lumumba will take place on November 20, 2026, at 1:00 p.m.

The Court discussed these logistics with the parties on this date. And consistent with that call, the parties are hereby ordered to notify the Court by 5:00 p.m., on October 30, 2026, whether any PSR objections will be waived. By that same time, they must submit any sentencing memoranda or materials to the Court.

**SO ORDERED AND ADJUDGED** this the 27th day of October, 2026.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE