UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Nov 17 2026
ARTHUR JOHNSTON, CLERK
By: ____________, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:24-cr-103-DPJ-LGI

CHOKWE ANTAR LUMUMBA

# AGREED ORDER OF FORFEITURE FOR A MONEY JUDGMENT

Pursuant to a separate Plea Agreement and Plea Supplement between the Defendant, **CHOKWE ANTAR LUMUMBA** (hereinafter "Defendant"), by and with the consent of his attorney, and the **UNITED STATES OF AMERICA** (hereinafter "United States"), Defendant agrees that the following findings are correct, and further agrees with the adjudications made herein. Accordingly, the Court finds as follows:

1. The Defendant is fully aware of the consequences of having agreed to forfeit to the United States his interests in and to the hereinafter described property, having been apprised of such by his attorney and by this Court; and he has freely and voluntarily, with knowledge of the consequences, entered into a Plea Agreement [211] and Plea Supplement with the United States to forfeit such property (the "**Money Judgment**").

| ASSET ID | ASSET DESCRIPTION |
|---|---|
| TBD | A Money Judgment in the amount of $50,000.00, representing the amount obtained by the Defendant, directly or indirectly, from the offenses of conviction. |

2. The Defendant agrees that the **Money Judgment** constitutes or is derived, directly or indirectly, from proceeds traceable to the commission of the offense charged in Count 1 (conspiracy in violation of 18 U.S.C. § 371) of the Indictment [3]. Such property is, therefore, subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. §2461.

3. All monies realized by the United States as a result of the forfeiture of the **Money Judgment**, minus any costs expended in recovering, maintaining, storing, and selling said property, shall be credited to the Defendant's **Money Judgment**.

3. The Defendant has been apprised that Rule 32.2 of the Federal Rules of Criminal Procedure, 18 U.S.C. §§ 981(a)(1)(C), and 28 U.S.C. §2461 require the Court to order the forfeiture of the **Money Judgment** at, and as a part of, the sentencing proceeding. The Defendant does hereby waive such requirement and the requirement that the forfeiture be made a part of the sentence as ordered by the Court in the document entitled, "Judgment in a Criminal Case." The Defendant and his attorney further agree that the Court should enter this Order immediately and agree that the forfeiture ordered hereunder will be a part of the sentence of the Court regardless of whether ordered at that proceeding and/or whether attached as a part of the said "Judgment in a Criminal Case."

4. The Defendant and his attorney further agree that the Defendant will cooperate with the United States to identify, locate, and dispose of the property subject to forfeiture or substitute assets for such property, and that the United States may immediately begin the seizure of assets to be forfeited as substitute property to satisfy the forfeiture **Money Judgment**.

IT IS, THEREFORE, ORDERED AND ADJUDGED AS FOLLOWS:

a. That the Defendant shall and hereby does forfeit the **Money Judgment** to the United States.

b. The Court has determined, based on the Defendant's Plea Agreement and Plea Supplement, that the **Money Judgment** is subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. §2461, that the Defendant had an interest in such property, and that the United States has established the requisite nexus between such property and such offenses.

c. The United States may conduct any discovery it considers necessary to identify, locate, or dispose of the property subject to forfeiture or substitute assets for such property.

d. That any ancillary hearing is hereby dispensed with as the forfeiture provides for a **Money Judgment**.

f. Pursuant to Fed. R. Crim. P. 32.2(b)(3) and the consent of the Defendant, this Agreed Preliminary Order of Forfeiture shall become final as to the Defendant upon issuance of this Order and shall be made part of the sentence and included in the judgment, and that this Order shall be enrolled in all appropriate Judgment Rolls.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

SO ORDERED AND ADJUDGED this 17th day of November 2026.

______________________________
UNITED STATES DISTRICT JUDGE

AGREED:

/s/ David H. Fulcher
DAVID H. FULCHER
Assistant United States Attorney

/s/ Gerald K. Evelyn
GERALD K. EVELYN
Attorney for Defendant

/s/ Chokwe Antar Lumumba
CHOKWE ANTAR LUMUMBA
Defendant

/s/ Jeffrey Edison
JEFFREY EDISON
Attorney for Defendant

/s/ Thomas J. Bellinder
THOMAS J. BELLINDER
Attorney for Defendant